UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**CASE NO: 13-CV-61165-WJZ**

DANIEL BENARROCH,

    Plaintiff,

vs.

PHELAN HALLINAN, PLC,

    Defendant.
_____/

### PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiff, DANIEL BENARROCH, ["Plaintiff"] by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 56 and S.D. Fla. L. R. 56.1, hereby moves this Honorable Court for an entry of Summary Judgment against Defendant, PHELAN HALLINAN, PLC. In support of his motion, Plaintiff incorporates his Response to Defendant's Motion for Summary Judgment. [D.E. 17].

**WHEREFORE**, Plaintiff, DANIEL BENARROCH respectfully requests that judgement be entered for Plaintiff and against Defendant and that Plaintiff be awarded statutory damages of $1,000.00, and reasonable attorney's fees and costs.

    Respectfully submitted,

    */s/Yechezkel Rodal*
    Yechezkel Rodal, Esq.
    Florida Bar No. 91210
    LOAN LAWYERS, LLC
    *Attorneys for Plaintiff*
    377 North State Road 7, Suite 202
    Plantation, FL 33317
    Telephone: (954) 523-4357
    Facsimile: (954) 581-2786
    chezky@floridaloanlawyers.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on July 8, 2013 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Wendy Stein, Esq.
Keller Landsberg, P.A
500 East Broward Blvd., Suite 1400
Fort Lauderdale, FL 33394
Counsel for Defendant PHELAN HALLINAN, PLC
Service by CM/ECF

                              LOAN LAWYERS, LLC
                              *Attorneys for Plaintiff*
                              377 North State Road 7, Suite 202
                              Plantation, FL 33317
                              Telephone: (954) 523-4357
                              Facsimile: (954) 581-2786

                              /s/Yechezkel Rodal
                              Yechezkel Rodal, Esq.
                              Florida Bar No. 91210
                              chezky@floridaloanlawyers.com