UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 3:13-CV-61165-WJZ

## MEDIATION REPORT

DANIEL BENARROCH,

    Plaintiff(s),

vs

PHELAN HALLINAN, PLC.,

    Defendant(s).
_____/

    The undersigned, John W. Salmon, Certified Mediator from Salmon & Dulberg Mediation Services, Inc., hereby reports to the Court that a mediation conference in this cause was held on: September 23, 2013. The results of the mediation conference are as follows:

✓   All required parties were present *or*

___   The following required parties were not present:_____

_____

✓   An agreement was reached. **Settlement Agreement Attached.** JWS

___   A **confidential** settlement agreement was reached.

___   No agreement was reached.

___   The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

___   The parties have agreed to continue negotiating with the assistance of the mediator. If no further Report of Mediator is filed on or before _____, the Court shall presume that an Impasse has occurred.

___   Other: _____

Respectfully Submitted:

_____
John W. Salmon, Esq.
Florida Bar No.: 271756
Salmon & Dulberg Dispute Resolution.
Biscayne Building, Suite 620
19 West Flagler Street
Miami, Florida 33130
Telephone: (305) 371-5490
Fax: (305) 371-5492

Copies furnished to: Counsel